# EXHIBIT 1

# NETFLIX ORIGINAL "TIGER KING" MINI SERIES

Footage Used In "TIGER KING" Filmed/Owned by Timothy Sepi

EPISODE TIME-STAMP - SUBJECT/SCENE FILMED - LOCATION - EQUIPMENT USED

**Episode One - "NOT YOUR AVERAGE JOE"**

**1:29 - 1:39** - 2016 Presidential Video Campaign Footage - Liliger Drag - Arena- Canon XA25

**8:46 - 8:50** - Back Whole of Park: In Front of "U" - Staff Feeding- Canon XA25

**11:12 - 11:29** - Multiple 2016 Presidential Video Campaign Footage:   Around the Facility- Canon XA25

**29:28 - 29:34** - (Appeared) Guest Experience with Cub : Play Square- Canon XA25

**35:57 - 36:23** - "Tornado On The Ground"-Off "GW ZOO" Property - "Whyte Monkee Pro." Canon XA25

**Episode Two - "CULT OF PERSONALITY"**

**40:08 - 40:20** - Staff Trailer Inspections W/ John Finlay and Marc Thompson - Staff Trailers- Canon XA25

**40:23 - 40:40** - Staff Trailer Inspections W/ John Finlay and Marc Thompson - Staff Trailers- Canon XA25

**Episode Three - "THE SECRET"**

**26:38 - 27:06** - MUSIC VIDEO- "HERE KITTY, KITTY"- PRODUCER T.S. Personal Equipment

**27:15 - 27:19** - MUSIC VIDEO- "HERE KITTY, KITTY"-  PRODUCER T.S. Personal Equipment

**27:25 - 27:29** - MUSIC VIDEO- "HERE KITTY, KITTY"-  PRODUCER T.S. Personal Equipment

**27:48 - 27:59** -   MUSIC VIDEO- "HERE KITTY, KITTY"-  PRODUCER T.S. Personal Equipment

**28:04 - 28:11** - MUSIC VIDEO- "HERE KITTY, KITTY"- RAW FOOTAGE -Personal Equipment

**Episode Four - "PLAYING WITH FIRE"**

**00:08 - 00:31** - MUSIC VIDEO- "BRING IT ON"- Actual Music Video- PRODUCERS T.S.

**01:48 - 01:59** - MUSIC VIDEO- "HERE KITTY, KITTY"- RAW FOOTAGE - Personal Equipment

**08:26 - 08:40** - JOE WAVING LOADED .357 AT CAMERA- FRONT OF RE-BUILT STUDIO- Canon XA25

**10:07 - 10:20** - GIFT SHOP - SCOLDING EMPLOYEES - Canon XA25/GOPRO

**21:15 - 21:27** - 2016 Presidential Video Campaign Footage - Arena -Canon XA25

**27:10 - 27:30** - RE-BUILT STUDIO GRAND OPENING - SEPTEMBER 2015 - Canon XA25

**35:17 - 35:35** - JOE EXOTIC TV LIVE SHOW - OCT. 14th 2015_WHYTE MONKEE PRO- Canon XA25

**39:18 - 39:33** - INSIDE NEW STUDIO - JOE EXOTIC TV LIVE SHOW - JAN 2016 - Canon XA25

**Episode Five - "MAKE AMERICA EXOTIC AGAIN"**

**05:55 - 06:14** - JOE EXOTIC FOR PRESIDENT PSA - On Porch of Re-built Studio - NIKON3200

**11:28 - 11:48** - 2016 Presidential Video Campaign Footage - Arena - Canon XA25

**15:26 - 16:18** -   2016 Presidential Video Campaign Footage- Liliger Drag - Arena   Canon XA25

**19:10 - 19:30**   - "JOE-GONE-WILD" on Staff - MAY 2015 Canon XA25

**25:59 - 27:29** - TRAVIS MALDONADO FUNERAL - HELD BEHIND TRAVIS' MEMORIAL- Canon XA25