# NETFLIX ORIGINAL "TIGER KING" MINI-SERIES

Footage Used In "TIGER KING" Filmed/Owned by Whyte Monkee Productions and/or Timothy Sepi

**Episode One - "NOT YOUR AVERAGE JOE"**

1:29 - 1:31 - JOE-GETTING DRAGGED BY LION - Arena- Canon XA25

35:57 - 36:23 - "TORNADO ON THE GROUND"-Off "GW ZOO" Property - Canon XA25

**Episode Two - "CULT OF PERSONALITY"**

40:08 - 40:10 – MOBILE TRAILER INSPECTIONS FOR VOLUNTEERS- Staff Trailers_Canon XA25

40:23 - 40:33 – MOBILE TRAILER INSPECTIONS FOR VOLUNTEERS - Staff Trailers_Canon XA25

**Episode Three - "THE SECRET"**

26:38 - 27:06 - MUSIC VIDEO- "HERE KITTY, KITTY" - Actual Music Video

27:15 - 27:19 - MUSIC VIDEO- "HERE KITTY, KITTY" - Actual Music Video

27:25 - 27:29 - MUSIC VIDEO- "HERE KITTY, KITTY" - Actual Music Video

27:48 - 27:59 - MUSIC VIDEO- "HERE KITTY, KITTY" - Actual Music Video

**Episode Four - "PLAYING WITH FIRE"**

00:08 - 00:31 - MUSIC VIDEO- "BRING IT ON"- Actual Music Video

10:07 - 10:20 - DISRESPECTFUL TOMATO THROWER TROUBLE - Canon XA25/GOPRO

**Episode Five - "MAKE AMERICA EXOTIC AGAIN"**

05:55 - 06:12 – JOE - PRESIDENTIAL PSA - On Porch of Re-built Studio - NIKON3200

15:47 - 15:55 - JOE-GETTING DRAGGED BY LION - Arena Canon XA25

15:58 - 16:16 - JOE-GETTING DRAGGED BY LION - Arena Canon XA25

25:51 – 26:57 - TRAVIS MM FUNERAL CEREMONY - Canon XA25